UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DANIEL CANONE and RICHARD MORENO on
their own behalf and on behalf of others similarly situated,

        Plaintiffs,

-v-                                    No.  08 Civ. 3526 (LTS)(FM)

FILCO CARTING CORP., MESEROLE ST. RECYCLING, INC.
RUDOLPH C. FILIBERTO, an individual, J L LEASING CORP., and
JULIO LOPEZ, an individual,

        Defendants.

-------------------------------------------------------x

### ORDER TO SHOW CAUSE[1]

        Plaintiffs in the above-captioned action allege, in their Complaint, that venue is proper in the Southern District of New York pursuant to 28 U.S.C. § 1392(b) "because a substantial part of the events or omissions giving rise to the claims occurred in this district." (Compl. ¶ 17.) Nowhere in the facts alleged in the Complaint, however, do Plaintiffs specify events or omissions occurring in this district.  Instead, the Complaint references the residences of the Plaintiffs in Queens and the Plaintiffs' employment at the Defendant Corporations' locations in Brooklyn.  Thus, the Court ORDERS Plaintiffs to show cause, by written submission filed with the Court no later than May 2, 2008, with a courtesy copy to Chambers, why this action should not be transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1406(a).

        SO ORDERED.

Dated: New York, New York
       April 22, 2008

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF.  The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel.  A certificate of such further service shall be filed within 5 days from the date hereof.  Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*