Helen F. Dalton & Associates, PC
Helen F. Dalton (HD 3231)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

DANIEL CANONE and RICHARD MORENO on
their own behalf & on behalf of others similarly situated,

Index # 08-CV-3526

    Plaintiffs,      CONSENT TO JOIN LAWSUIT

  Vs.           CONSENTIMIENTO

FILCO CARTING CORP., MESEROLE ST RECYCLING, INC.,
RUDOLPH C FILIBERTO, an individual,
J L LEASING CORP., and JULIO LOPEZ an individual

    Defendants
_____X

TO: Clerk of Court, Eastern District of New York
   225 Cadman Plaza East Brooklyn, New York 11201

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name/ Nombre:     RICHARD MORENO

Address/ Dirección:    32-56 83st 2nd Fl.
              Jackson Heights.

Pone Number / Numero de Teléfono: (347) 665-7976

Legal Representative / Adogado: Roman Avshalumov

Signature / Firma:     [signed] Richard Moreno

Date / Fecha:      05-06-08