**Helen F. Dalton & Associates, PC**
Helen F. Dalton (HD 3231)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

DANIEL CANONE and RICHARD MORENO on
their own behalf & on behalf of others similarly situated,

                                           Index # 08-CV-3526

             Plaintiffs,                      CONSENT TO JOIN LAWSUIT

          Vs                               CONSENTIMIENTO

FILCO CARTING CORP., MESEROLE ST.RECYCLING, INC.,
RUDOLPH C. FILIBERTO, an individual,
J L LEASING CORP , and JULIO LOPEZ an individual

             Defendants.
_____X

TO:   Clerk of Court, Eastern District of New York
       225 Cadman Plaza East Brooklyn, New York 11201

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name/ Nombre:                DANIEL CANONE

Address/ Dirección:           43.02  162 St  11358
                                  FLuHiNG.

Pone Number / Numero de Teléfono:  1347  753  4920

Legal Representative / Adogado:   Roman Avshalumov

Signature / Firma:

Date / Fecha:                  05 - 06 . 08